IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PRAVINKUMAR PISHRATH ANANDAN,** § § | |
| *Plaintiff,* § § | |
| v. § § | CIVIL ACTION NO. 2:24-cv-00785 |
| **ASSOCIATED UNIVERSITIES, INC.,** § § | |
| *Defendant.* § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, COMES NOW Plaintiff **PRAVINKUMAR PISHRATH ANANDAN** and Defendant ASSOCIATED UNIVERSITIES, INC. through their attorneys of record, and advise the Court that all matters and things in controversy between Plaintiff and Defendant have been fully and completely compromised and settled, and file this Notice and Stipulation of Dismissal with Prejudice with reference to Plaintiff's claims and causes of action against the Defendant.

It is further STIPULATED that all of the claims and causes of action asserted by Plaintiff against Defendants in the above-captioned lawsuit, or which could have been asserted in this or any other court by it, are hereby dismissed with prejudice to the re-filing of same in any court at any time.

It is further STIPULATED that all court costs incurred in the prosecution and defense of this cause of action are to be taxed against the parties incurring same. All other relief not expressly granted herein is denied.

        Respectfully submitted,

        **DAVIE & VALDEZ, P.C.**
        1801 N. Stanton
        El Paso, Texas 79902
        (915) 838-1100

By: */s/ John P. Valdez*
        **JOHN P. VALDEZ**
        State Bar No.: 27116
        john@davievaldez.com
        PLAINTIFF'S ATTORNEY

        */s/ Melina Valladares w/ permission via email on 01.06.2025*
        Melina Valladares
        Danny W. Jarrett
        Jackson Lewis P.C.
        500 Marquette Ave. NW, Ste. 1050
        Albuquerque, NM 87102
        (505) 878-0515
        (505) 878-0398 Fax
        Melina.Valladares@jacksonlewis.com
        Danny.Jarrett@jacksonlewis.com
        DEFENDANT'S ATTORNEY