# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**PRAVINKUMAR PISHRATH ANANDAN,**

*Plaintiff,*

v.

**ASSOCIATED UNIVERSITIES, INC.,**

*Defendant.*

CV NO. 2:24-cv-785 GJF/JHR

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal with Prejudice. The Court finds, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties' stipulation is approved. Accordingly, it is hereby ORDERED that this action and all claims asserted by Plaintiff PRAVINKUMAR PISHRATH ANANDAN against Defendant ASSOCIATED UNIVERSITIES, INC. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear his or its own costs and attorneys' fees associated with this action.

**SO ORDERED.**

Signed on January 8, 2025.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

**AGREED:**

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **DAVIE & VALDEZ P.C.** |
| By: */s/ Melina Valladares w/ permission via email on 01.06.2025* <br> Melina Valladares <br> Danny W. Jarrett <br> Jackson Lewis P.C. <br> 500 Marquette Ave. NW, Ste. 1050 <br> Albuquerque, NM 87102 <br> (505) 878-0515 <br> (505) 878-0398 Fax <br> Melina.Valladares@jacksonlewis.com <br> Danny.Jarrett@jacksonlewis.com <br><br> **ATTORNEYS FOR DEFENDANT** | By: */s/ John P. Valdez* <br> John P. Valdez <br> State Bar No. 27116 <br> 1801 N. Stanton <br> El Paso, Texas 79902 <br> Phone: (915) 838-1100 <br> john@davievaldez.com <br><br> **ATTORNEY FOR PLAINTIFF** |